

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ZIONS FIRST NATIONAL BANK

                **PLAINTIFF**

VERSUS                 CIVIL ACTION NO. 1:03cv713-LTS-JMR

THE FISHING VESSEL *CAPT. STEVEN*,
A DOCUMENTED VESSEL,
OFFICIAL NUMBER 1043619, and
XUAN "SAM" VO, INDIVIDUALLY

                **DEFENDANTS**

## FINAL JUDGMENT *IN REM*

THIS MATTER having regularly come on before the Court this day upon Plaintiff's *ore tenus* motion for Judgment, and no other person making any appearance, and Plaintiff having made proof of the matters alleged in its Verified Complaint, the Court does now

ORDER AND ADJUDGE that the Preferred Ship Mortgage of the Defendant vessel, *Capt. Steven*, Official Number 1043619, given by Xuan "Sam" Vo to Zions First National Bank, on March 31, 1998, being the same as hereby foreclosed, and, that the said Zions First National Bank have and recover of the said Defendant vessel the sum of Three Hundred Sixty-Seven Thousand, One Hundred Eighteen Dollars and Seventy-Three Cents ($367,118.73), together with its costs herein to be taxed.

SO ORDERED AND ADJUDGED, this the 20th day of December, 2005.

                _____
                UNITED STATES CHIEF MAGISTRATE

Presented by:

/s Maria M. Cobb
Mississippi Bar No. 9951
RUSHING & GUICE, P.L.L.C.
P. O. BOX 1925
BILOXI, MS 39533-1925
228-875-5263 VOICE
228-875-5987 FAX
mcobb@rushing-guice.com